IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ROBERT JAY DAVIS, | : | |
| | : | |
| Petitioner, | : | |
| v. | : | |
| | : | No. 5:15-CV-297 (CAR) |
| Warden VANCE LAUGHLIN, *et al.*, | : | |
| | : | |
| Respondents. | : | |
| _____ | : | |

## ORDER ON REPORT AND RECOMMENDATION

Currently before the Court is the Order and Recommendation of the United States Magistrate Judge [Doc. 26] recommending Petitioner's Motion to Amend [Doc. 11] be denied. Plaintiff has not filed an objection to the Recommendation. Having considered the matter, this Court agrees with the findings and conclusions of the Recommendation. Thus, the Recommendation [Doc. 26] is **ADOPTED AND MADE THE ORDER OF THE COURT.** Petitioner's Motion to Amend [Doc. 11] is hereby **DENIED**.

**SO ORDERED**, this 10th day of August, 2016.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

JRF

1